JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIKHAIL MILSHTEYN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; CNA GROUP LIFE ASSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF PUBLICIS USA HOLDINGS, INC. AND PHILADELPHIA MERGER CORP., and DOES 1  to 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. CV 11-01521 JFW (FMOx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants.  Each party is to bear their own costs and attorney's fees.

DATED:  October 17, 2011

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE